IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-cr-00052-BR

UNITED STATES OF AMERICA      )
      )
               v.           )               ORDER
      )
JOHN DEWAN SMALLWOOD      )


This matter is before the court on defendant's motion to seal his sentencing

memorandum. Having fully considered the motion, it is DENIED.

This 6 September 2012.


_____
W. Earl Britt
Senior U.S. District Judge